UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:91CR00059-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| FRANKLIN LEWIS WATSON | ) | |

It now appearing to the court that the said Franklin Lewis Watson died on or about December 7, 2004. At which time a remaining liability existed in the amount of $25,946.00

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the _4_ day of January, 2012

Terrence W. Boyle
U.S. District Court Judge